IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



MARCUS MORRIS,
          Plaintiff,

v.                    Civil Action No. 3:14CV485–HEH

O.H. HIGAZI, et al.,
          Defendants.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

On August 11, 2014, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on October 7, 2014, the Court directed Plaintiff to pay an initial partial filing fee of $4.08 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　HENRY E. HUDSON
Date: Nov.18, 2014　　　　　　UNITED STATES DISTRICT JUDGE
Richmond, Virginia